IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Ibraham Salti | : | Case No. 17-00865 |
| Plaintiff | : | Judge Bertelsman |
| vs. | : | |
| First Guard Insurance Company | : | **AGREED ENTRY OF DISMISSAL WITH PREJUDICE** |
| Defendant | : | |

This matter having come before the Court upon a full and final settlement being reached by the parties and for good cause shown, the Complaint, the Counterclaim and all underlying claims of the parties are hereby dismissed with prejudice at Defendant's cost.

SO ORDERED.

Judge Bertelsman
_William C. Bertelsman_  4/9/18
UNITED STATES DISTRICT JUDGE

/s/ James K. Ferris
James K. Ferris 0030378
Attorney for Plaintiff
6124 Corbly Road
Cincinnati, OH 45230
(513) 231-1100, fax: 231-1004
Email: JamesKF@fuse.net


/s/ Frank G. Mazgaj
Frank G. Mazgaj
Attorney for Defendant
Hanna Campbell & Powell LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Email: fmazgaj@hcplaw.net
(330) 670-7300, Cell (330) 670-7450